**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dorsey D. O'Connell<br>Constance R. O'Connell aka<br>Connie R. O'Connell<br>　　　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>Dorsey D. O'Connell<br>Constance R. O'Connell aka Connie R. O'Connell<br>　　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>Trustee | BK NO. 14-23656 GLT<br><br>Chapter 13<br><br>Related to Claim No. 12 |

**AMENDED CERTIFICATE OF SERVICE OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 10, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dorsey D. O'Connell
433 Brierly Lane
Pittsburgh, PA 15236

Attorney for Debtor(s)
Christopher M. Frye, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219

Constance R. O'Connell aka Connie R. O'Connell
433 Brierly Lane
Pittsburgh, PA 15236

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: July 10, 2019

　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com