IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Dorsey D. O'Connell | ) | Case No. 14-23656 GLT |
| Constance R. O'Connell, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| Dorsey D. O'Connell | ) | |
| Constance R. O'Connell, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Respondent(s) | ) | |
| | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

5300 Clairton Boulevard
Room 339
Pittsburgh, PA 15236


New Address for both Debtors:

433 Brierly Lane,
Pittsburgh PA 15236

Respectfully submitted,

<u>July 30, 2019</u>  <u>/s/ Christopher M. Frye</u>
DATE   Christopher M. Frye, Esquire
  Attorney for the Debtor(s)
  STEIDL & STEINBERG
  Suite 2830 – Gulf Tower
  707 Grant Street
  Pittsburgh, PA  15219
  (412) 391-8000
  chris.frye@steidl-steinberg.com
  PA I.D. No. 208402