**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/09/2019

IN RE:

DORSEY D. O'CONNELL
CONSTANCE R. O'CONNELL
433 BRIERLY LANE
PITTSBURGH,  PA  15236
XXX-XX-6181          Debtor(s)

XXX-XX-8249

Case No.14-23656 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/9/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:23<br>CLAIM:  423.01<br>COMMENT: 3001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6181 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: YAMAHA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3624 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 10/14*FR B OF A-DOC 80*FR FNMA*DOC 135 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0500 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br>DALLAS, TX  75235 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:15<br>CLAIM:  0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 9/14*B OF A/PL*FR BNY MELLON-D72*FR CARRING | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0818 |
| **BMW FINANCIAL SERVICES NA LLC***<br>POB 3608<br>DUBLIN, OH  43016 | Trustee Claim Number:5   INT %: 5.00%<br>Court Claim Number:16<br>CLAIM:  4,893.88<br>COMMENT: C$GOV@5%@MDF/PL*BMW BK NA | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1897 |
| **BMW FINANCIAL SERVICES NA LLC***<br>POB 3608<br>DUBLIN, OH  43016 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  0.00<br>COMMENT: RS/OE*SURR/PL@MINI FS*CL=$5528.82*BMW BK OF NA | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7946 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:5-2<br>CLAIM:  0.00<br>COMMENT: RS/OE*SURR/SCH-PL*GE*AMD CL=0*W/50 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1082 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  16,278.13<br>COMMENT: C7GOV*15212/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6181 |
| **AAA FINANCIAL SERVICES++**<br>POB 15137<br>WILMINGTON, DE  19886-5137 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1667 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA  15236-0119 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH*JEFFERSON REG MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  787.23<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1003 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  13,965.87<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1006 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  14,696.19<br>COMMENT:  4039/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2009 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  2,932.63<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **ASSOCIATES IN ENDOCRINOLOGY**<br>POB 3445<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9820 |
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9096 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  1,539.39<br>COMMENT:  BEST BUY/CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3803 |
| **CHASE/JPMORGAN CHASE(\*)++**<br>POB 17055  \*CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br><br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CITIZENS BANK\***<br>1 CITIZENS DRIVE<br><br>RIVERSIDE, RI  02915 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0586 |
| **DOLLAR BANK FSB(\*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,806.91<br>COMMENT:  NO LAST PMT/CHARGE OFF DATE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9109 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WELLS FARGO FINANCIAL NATIONAL BANK** <br> C/O WELLS FARGO BANK NA <br> PO BOX 14487 <br> DES MOINES, IA 50309 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 0.00 <br> COMMENT: SURR/CONF*UNS/SCH-PL*CL=$3217.76*EMPIRE TODAY | | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 9471 |
| **FOUNDATION RADIOLOGY GROUP++** <br> POB 60 <br> PITTSBURGH, PA 15230 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...FRG1 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 18 <br> CLAIM: 1,047.09 <br> COMMENT: THD*FR CITIBANK-DOC 120 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3901 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 360.38 <br> COMMENT: J JILL | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5202 |
| **JEFFERSON HILLS AREA AMBULANCE++** <br> C/O BERKS CREDIT & COLLECTIONS INC* <br> PO BOX 329 <br> TEMPLE, PA 19560 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...2361 |
| **JEFFERSON REGIONAL MED CNTR** <br> POB 18199 <br> PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **JEFFERSON REGIONAL MED CNTR** <br> POB 18199 <br> PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...3300 |
| **JEFFERSON REGIONAL MED CNTR** <br> POB 18199 <br> PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...2700 |
| **JRMC DIAGNOSTIC SERVICES** <br> DEPARTMENT L-3247 <br> COLUMBUS, OH 43260-0001 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...3822 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** <br> C/O NCO FINANCIAL SYSTEMS INC <br> PO BOX 4275 <br> NORCROSS, GA 30091 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 2,647.59 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7319 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **MONTEREY FINANCIAL SVCS**<br>POB 4658<br><br>CARLSBAD, CA 92018 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8076 | |
| **NATIONAL GENERAL INSURANCE**<br>PO BOX 89431<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 138.26<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0506 | |
| **PITTSBURGH PULMONARY & CRITICAL ASSOC**<br>1200 BROOKS LANE<br>STE 130<br>HAMILTON, OH 45025 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0915 | |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 2,004.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1673 | |
| **RABKIN DERMATOPATHOLOGY LAB**<br>POB 640229<br><br>PITTSBURGH, PA 15264 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5460 | |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 2,604.94<br>COMMENT: SEARS*FR CITIBANK-DOC 119 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0645 | |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6776 | |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 22<br><br>CLAIM: 610.66<br>COMMENT: SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6517 | |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 293.06<br>COMMENT: JCP~SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0249 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPMC REHABILITATION**<br>ATTN PAYROLL MANAGER<br>POB 382059<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UPMC MERCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4065 |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UPMC REHABILITATION**<br>ATTN PAYROLL MANAGER<br>POB 382059<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UPMC PRESBY SHADYSIDE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0018 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA  30091 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 656.46<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5387 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 3,641.68<br>COMMENT: C12GOV*THRU 9/14*3500/PL*FR B OF A-DOC 80*FR FNMA*DOC 135 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0500 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br><br>DALLAS, TX  75235 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,660.79<br>COMMENT: 1700/PL@B OF A*THRU 8/14*FR BNY MELLON-DOC 72*FR CARRINGTON-DOC 97 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0818 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 3,432.60<br>COMMENT: C7GOV*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6181 |
| **JOSEPH A DESSOYE ESQ**<br>PHELAN HALLINAN ET AL<br>1617 JFK BOULEVARD STE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BNY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br><br>DALLAS, TX  75356 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:5-2<br><br>CLAIM: 16,745.38<br>COMMENT: DFNCY BAL*AMD*W/7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1082 |

| CLAIM RECORDS | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR~MR COOPER/PRAE | |
| | | |
| **S JAMES WALLACE ESQ** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 845 NORTH LINCOLN AVE | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15233 | COMMENT:  EQUITABLE GAS/PRAE AND PEOPLES GAS/MTN TO ALLOW CLM | |