Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dorsey D. O'Connell** | : | Case No. 14−23656−GLT |
| **Constance R. O'Connell** | : | Chapter: 13 |
| **aka Connie R. O'Connell** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 141 |
| | : | |
| v. | : | Hearing Date: 1/29/20 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 26th of November, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 141 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)  *On or before January 10, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)  This Motion is scheduled for hearing on *January 29, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio*, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23656-GLT
Dorsey D. O'Connell                                                       Chapter 13
Constance R. O'Connell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Nov 26, 2019
                              Form ID: 604            Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db/jdb       +Dorsey D. O'Connell,   Constance R. O'Connell,   433 Brierly Lane,   Pittsburgh, PA 15236-4223
cr           +BANK OF AMERICA, N.A.,   2380 Performance Drive,   Richardson, TX 75082-4333
cr           +Carrington Resolution Services, LLC,   1610 E. Saint Andrew Place,   Suite B-150,
               Santa Ana, CA 92705-4941
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,   Plainview, NY 11803-4224
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr           +Santander Consumer USA Inc., an assignee of GEMB L,   c/o Brett A. Solomon, Esquire,
               Tucker Arensberg, P.C.,   1500 One PPG Place,   Pittsburgh, PA 15222-5413
13926656      Allegheny Health Network - Jefferson,   Jefferson Regional Medical Center,   PO Box 643054,
               Pittsburgh, PA 15264-3054
13926657      American Express,   PO Box 1270,   Newark, NJ 07101-1270
13926658      American Express Blue,   PO Box 1270,   Newark, NJ 07101-1270
13926659      American Express Blue Cash,   PO Box 1270,   Newark, NJ 07101-1270
13936904      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13926660     #American Express Legal,   PO Box 2163,   Southeastern, PA 19399-2163
13926661      American Express Trad. Green Card,   PO Box 1270,   Newark, NJ 07101-1270
13926662     +Associates in Endocrinology PC,   PO Box 3445,   Pittsburgh, PA 15230-3445
13926655     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  AAA Financial Services,    PO Box 15019,   Wilmington, DE 19886-5019)
13954063     +BANK OF AMERICA, N.A.,   ATTN: BANKRUPTCY DEPT.,   MAIL STOP CA6-09-01-23,   400 NATIONAL WAY,
               SIMI VALLEY, CA 93065-6414
13926675     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot Credit Services,   PO Box 182676,
               Columbus, OH 43218-2676)
14040698     +Carrington Resolution Services, LLC,   1610 E St Andrew Place Ste B-150,
               Santa Ana CA 92705-4941
13926668      Chase,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
13984007     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13926669      Citizens Bank,   PO Box 42008,   Newport, RI 02840-2008
13926652     +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13931084     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13926670      Dollar Bank,   Credit Card Operations,   PO Box 1700,   Pittsburgh, PA 15230-1700
13953981     +Dollar Bank FSB,   PO Box 3969,   Pittsburgh, PA 15230-3969
13926672      Empire Today,   Wells Fargo Financial National Bank,   PO Box 660431,   752660431
13926673      Equitable Gas,   P.O. Box 371820,   Pittsburgh, PA 15250-7820
14050296      Federal National Mortgage Association,   PO Box 2008 Grand Rapids, MI 49501-2008
13926674      Foundation Radiology Group,   Dept. 6235,   75 Remittance Drive,   Chicago, IL 60675-6235
13926682      JRMC Diagnostic Services LLC,   PO Box 182604,   Columbus, OH 43218-2504
13926678     +Jefferson Hills Area Ambulance Assoc.,   2121 Centruy Drive,   Clairton, PA 15025-3627
13926679      Jefferson Regional Medical Center,   PO Box 643054,   Pittsburgh, PA 15264-3054
13926683      Macy's,   PO Box 183083,   Columbus, OH 43218-3083
13926685      Monterey Financial Serivces, Inc.,   PO Box 80130,   Kansas City, MO 64180-1130
13926686      National General Insurance,   PO Box 89431,   Cleveland, OH 44101-6431
15090186     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619094,   Dallas, TX 75261-9094
13921392     +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13926689      PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13926687      Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
13926688      Pittsburgh Pulmonary & Critical Assoc.,   1200 Brooks Lane,   Suite 130,
               Hamilton, OH 45025-3749
13926690      Rabkin Dermatopathology Laboratory, P.C.,   PO Box 640299,   Pittsburgh, PA 15264-0299
13934763      Santander Consumer USA,   P. O. Box 560284,   Dallas TX 75356-0284
13919071     +Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
13926692      Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
13926693      Slate from Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13967986     +The Bank Of New York Mellon FKA et al.,   Bank Of America, N.A.,   ATTN: Bankruptcy Department,
               Mail Stop CA6-09-01-23,   400 National Way,   Simi Valley, CA 93065-6414
13926696      UPMC Mercy,   PO Box 382059,   Pittsburgh, PA 15250-8059
13926697      UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
13926698      UPMC Presbyterian Shadyside,   PO Box 382059,   Pittsburgh, PA 15250-8059
13951601      Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:00:26
               BMW Bank of North America,   5550 Britton Parkway,   Hilliard, OH 43026-7456
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 27 2019 04:00:55
               BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
               arlington, tx 76006-1347
```

```
District/off: 0315-2            User: jhel                  Page 2 of 3                  Date Rcvd: Nov 26, 2019
                                Form ID: 604                Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              E-mail/Text: bkdepartment@rtresolutions.com Nov 27 2019 03:58:19      Real Time Resolutions, Inc,
                 1349 Empire Central Dr., Ste#150,    P.O. Box 36655,    Dallas, TX  75247
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:00:21
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13919068        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:01:02      BMW Financial Services,
                 PO Box 3608,    Dublin, OH 43016
13975095       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 27 2019 04:00:56
                 BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13926671        E-mail/Text: kburkley@bernsteinlaw.com Nov 27 2019 03:58:45      Duquesne Light,
                 Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0001
13987319       +E-mail/Text: kburkley@bernsteinlaw.com Nov 27 2019 03:58:45      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13919069        E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:57:34      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13926677        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:42      J Jill,
                 Comenity - J Jill,    PO Box 659622,    San Antonio, TX 78265-9622
13919070        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:00:21      Mini Financial Services,
                 PO Box 78066,    Phoenix, AZ 85062-8066
13986026        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:17:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13926717       +E-mail/Text: csc.bankruptcy@amwater.com Nov 27 2019 03:58:51      Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
13961297        E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 03:57:49
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14669761        E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 03:57:49
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14122299        E-mail/Text: bkdepartment@rtresolutions.com Nov 27 2019 03:58:19
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13926209        E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13926694        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:32      Sychrony Bank/Sam's Club,
                 PO Box 530942,    Atlanta, GA 30353-0942
13926695        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:48      Synchrony Bank/JC Penney,
                 PO Box 960090,    Orlando, FL 32896-0090
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank Of America, N.A.
cr             Duquesne Light Company
cr             Federal National Mortgage Association et al
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             The Bank Of New York Mellon, et. al.
cr*            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13950015*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13950016*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13983636*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13919066*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
13919067*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
13926663*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
13926664*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
13926665*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
13926667*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
               (address filed with court: BMW Financial Services,   PO Box 3608,   Dublin, OH 43016)
13926676*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
13926680*      Jefferson Regional Medical Center,   PO Box 643054,   Pittsburgh, PA 15264-3054
13926681*      Jefferson Regional Medical Center,   PO Box 643054,   Pittsburgh, PA 15264-3054
13926684*      Mini Financial Services,   PO Box 78066,   Phoenix, AZ 85062-8066
14669762*      Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13935571*      Santander Consumer USA,   P. O. Box 560284,   Dallas TX 75356-0284
13926691*     +Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
13926666      ##Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
                                                                              TOTALS: 5, * 17, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Nov 26, 2019
                              Form ID: 604            Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB
               Lending, Inc. bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Joint Debtor Constance R. O'Connell
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Dorsey D. O'Connell chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Joseph A. Dessoye     on behalf of Creditor    The Bank Of New York Mellon, et. al. pawb@fedphe.com
              Keri P. Ebeck     on behalf of Creditor    Real Time Resolutions, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Laurence A. Mester     on behalf of Creditor    BMW Bank of North America lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt     on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song     on behalf of Creditor    Federal National Mortgage Association et al pawb@fedphe.com
              Thomas Song     on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
                                                                                             TOTAL: 16
```