**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DORSEY D. O'CONNELL<br>CONSTANCE R. O'CONNELL<br>         Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>         Movant<br>    vs.<br>No Respondents. | Case No.:14-23656<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 25, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2014 and confirmed on 2/18/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 129,888.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,888.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 5,333.61 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,733.61 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 53,018.16 | 0.00 | 53,018.16 |
|     Acct: 0500 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 21,045.96 | 0.00 | 21,045.96 |
|     Acct: 0818 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR | 3,641.68 | 3,641.68 | 0.00 | 3,641.68 |
|     Acct: 0500 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 1,660.79 | 1,660.79 | 0.00 | 1,660.79 |
|     Acct: 0818 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9471 | | | | |
|   BMW FINANCIAL SERVICES NA LLC* | 4,893.88 | 4,893.88 | 555.20 | 5,449.08 |
|     Acct: 1897 | | | | |
|   BMW FINANCIAL SERVICES NA LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7946 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1082 | | | | |
| | | | | 84,815.67 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DORSEY D. O'CONNELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 16,278.13 | 16,278.13 | 0.00 | 16,278.13 |
|     Acct: 6181 | | | | |
| | | | | 16,278.13 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 423.01 | 127.24 | 0.00 | 127.24 |
|     Acct: 6181 | | | | |
|   AAA FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1667 | | | | |
|   ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
|     Acct: ? | | | | |
|     AMERICAN EXPRESS CENTURION BNK | 787.23 | 236.79 | 0.00 | 236.79 |
|     Acct: 1003 | | | | |
|     AMERICAN EXPRESS CENTURION BNK | 13,965.87 | 4,200.84 | 0.00 | 4,200.84 |
|     Acct: 1006 | | | | |
|     AMERICAN EXPRESS CENTURION BNK | 14,696.19 | 4,420.51 | 0.00 | 4,420.51 |
|     Acct: 2009 | | | | |
|     AMERICAN EXPRESS CENTURION BNK | 2,932.63 | 882.12 | 0.00 | 882.12 |
|     Acct: 1000 | | | | |
|     ASSOCIATES IN ENDOCRINOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9820 | | | | |
|     BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9896 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 1,539.39 | 463.04 | 0.00 | 463.04 |
|     Acct: 3803 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     CITIZENS BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0586 | | | | |
|     DOLLAR BANK FSB(*) | 1,806.91 | 543.51 | 0.00 | 543.51 |
|     Acct: 9109 | | | | |
|     FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRG1 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 1,047.09 | 314.95 | 0.00 | 314.95 |
|     Acct: 3901 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 360.38 | 108.40 | 0.00 | 108.40 |
|     Acct: 5202 | | | | |
|     JEFFERSON HILLS AREA AMBULANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2361 | | | | |
|     JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 330 | | | | |
|     JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2700 | | | | |
|     JRMC DIAGNOSTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3822 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 2,647.59 | 796.38 | 0.00 | 796.38 |
|     Acct: 7319 | | | | |
|     MONTEREY FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8076 | | | | |
|     NATIONAL GENERAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PA AMERICAN WATER(*) AKA AMERICAN | 138.26 | 41.59 | 0.00 | 41.59 |
|     Acct: 0506 | | | | |
|     PITTSBURGH PULMONARY & CRITICAL A | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0915 | | | | |
|     PNC BANK NA | 2,004.54 | 602.96 | 0.00 | 602.96 |
|     Acct: 1673 | | | | |
|     RABKIN DERMATOPATHOLOGY LAB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5460 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA F | 2,604.94 | 783.55 | 0.00 | 783.55 |
|     Acct: 0645 | | | | |
|     CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6776 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 610.66 | 183.69 | 0.00 | 183.69 |
|     Acct: 6517 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 293.06 | 88.15 | 0.00 | 88.15 |
|     Acct: 0249 | | | | |
|     UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |

14-23656                                                                                       Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4065 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 656.46 | 197.46 | 0.00 | 197.46 |
| Acct: 5387 | | | | |
| INTERNAL REVENUE SERVICE* | 3,432.60 | 1,032.51 | 0.00 | 1,032.51 |
| Acct: 6181 | | | | |
| SANTANDER CONSUMER USA** | 16,745.38 | 5,036.90 | 0.00 | 5,036.90 |
| Acct: 1082 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3624 | | | | |
| JOSEPH A DESSOYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,060.59 |

TOTAL PAID TO CREDITORS                                                                       121,154.39

TOTAL
CLAIMED        16,278.13
PRIORITY       10,196.35
SECURED        66,692.19

Date: 11/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 14-23656-GLT    Doc 144    Filed 11/28/19    Entered 11/29/19 00:45:29    Desc
Imaged Certificate of Notice    Page 4 of 8

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DORSEY D. O'CONNELL
    CONSTANCE R. O'CONNELL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-23656

Chapter 13

Document No.:

### ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                BY THE COURT:

                                _____
                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23656-GLT
Dorsey D. O'Connell                                                     Chapter 13
Constance R. O'Connell
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3           Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db/jdb         +Dorsey D. O'Connell,    Constance R. O'Connell,    433 Brierly Lane,    Pittsburgh, PA 15236-4223
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +Carrington Resolution Services, LLC,    1610 E. Saint Andrew Place,    Suite B-150,
                 Santa Ana, CA 92705-4941
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Santander Consumer USA Inc., an assignee of GEMB L,    c/o Brett A. Solomon, Esquire,
                 Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
13926656        Allegheny Health Network - Jefferson,    Jefferson Regional Medical Center,    PO Box 643054,
                 Pittsburgh, PA 15264-3054
13926657        American Express,    PO Box 1270,    Newark, NJ 07101-1270
13926658        American Express Blue,    PO Box 1270,    Newark, NJ 07101-1270
13926659        American Express Blue Cash,    PO Box 1270,    Newark, NJ 07101-1270
13936904        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13926660       #American Express Legal,    PO Box 2163,    Southeastern, PA 19399-2163
13926661        American Express Trad. Green Card,    PO Box 1270,    Newark, NJ 07101-1270
13926662       +Associates in Endocrinology PC,    PO Box 3445,    Pittsburgh, PA 15230-3445
13926655      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886-5019)
13954063       +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
13926675      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
14040698       +Carrington Resolution Services, LLC,    1610 E St Andrew Place Ste B-150,
                 Santa Ana CA 92705-4941
13926668        Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13984007       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13926669        Citizens Bank,    PO Box 42008,    Newport, RI 02840-2008
13926652       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13931084       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13926670        Dollar Bank,    Credit Card Operations,    PO Box 1700,    Pittsburgh, PA 15230-1700
13953981       +Dollar Bank FSB,    PO Box 3969,    Pittsburgh, PA 15230-3969
13926672        Empire Today,    Wells Fargo Financial National Bank,    PO Box 660431,    752660431
13926673        Equitable Gas,    P.O. Box 371820,    Pittsburgh, PA 15250-7820
14050296        Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13926674        Foundation Radiology Group,    Dept. 6235,    75 Remittance Drive,    Chicago, IL 60675-6235
13926682        JRMC Diagnostic Services LLC,    PO Box 182604,    Columbus, OH 43218-2504
13926678       +Jefferson Hills Area Ambulance Assoc.,    2121 Centruy Drive,    Clairton, PA 15025-3627
13926679        Jefferson Regional Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
13926683        Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13926685        Monterey Financial Serivces, Inc.,    PO Box 80130,    Kansas City, MO 64180-1130
13926686        National General Insurance,    PO Box 89431,    Cleveland, OH 44101-6431
15090186       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
13921392       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13926689        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13926687        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13926688        Pittsburgh Pulmonary & Critical Assoc.,    1200 Brooks Lane,    Suite 130,
                 Hamilton, OH 45025-3749
13926690        Rabkin Dermatopathology Laboratory, P.C.,    PO Box 640299,    Pittsburgh, PA 15264-0299
13934763        Santander Consumer USA,    P. O. Box 560284,    Dallas TX 75356-0284
13919071       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
13926692        Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13926693        Slate from Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13967986       +The Bank Of New York Mellon FKA et al.,    Bank Of America, N.A.,    ATTN: Bankruptcy Department,
                 Mail Stop CA6-09-01-23,    400 National Way,    Simi Valley, CA 93065-6414
13926696        UPMC Mercy,    PO Box 382059,    Pittsburgh, PA 15250-8059
13926697        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13926698        UPMC Presbyterian Shadyside,    PO Box 382059,    Pittsburgh, PA 15250-8059
13951601        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:01:06
                 BMW Bank of North America,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 27 2019 04:00:55
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 arlington, tx 76006-1347
```

```
District/off: 0315-2           User: jhel                   Page 2 of 3                   Date Rcvd: Nov 26, 2019
                               Form ID: pdf900              Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              E-mail/Text: bkdepartment@rtresolutions.com Nov 27 2019 03:58:19      Real Time Resolutions, Inc,
                 1349 Empire Central Dr., Ste#150,    P.O. Box 36655,    Dallas, TX   75247
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:44
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13919068        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:00:21      BMW Financial Services,
                 PO Box 3608,   Dublin, OH 43016
13975095       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 27 2019 04:00:15
                 BMW Financial Services NA, LLC,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13926671        E-mail/Text: kburkley@bernsteinlaw.com Nov 27 2019 03:58:42      Duquesne Light,
                 Payment Processing Center,    PO Box 67,   Pittsburgh, PA 15267-0001
13987319       +E-mail/Text: kburkley@bernsteinlaw.com Nov 27 2019 03:58:42      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13919069        E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:57:33      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13926677        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:39      J Jill,
                 Comenity - J Jill,    PO Box 659622,    San Antonio, TX 78265-9622
13919070        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 27 2019 04:00:21      Mini Financial Services,
                 PO Box 78066,   Phoenix, AZ 85062-8066
13986026        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:17
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13926717       +E-mail/Text: csc.bankruptcy@amwater.com Nov 27 2019 03:58:51      Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
13961297        E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 03:57:47
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14669761        E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 03:57:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14122299        E-mail/Text: bkdepartment@rtresolutions.com Nov 27 2019 03:58:19
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13926209        E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13926694        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:32      Sychrony Bank/Sam’s Club,
                 PO Box 530942,    Atlanta, GA 30353-0942
13926695        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:04      Synchrony Bank/JC Penney,
                 PO Box 960090,    Orlando, FL 32896-0090
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
cr              Duquesne Light Company
cr              Federal National Mortgage Association et al
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              The Bank Of New York Mellon, et. al.
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13950015*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13950016*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13983636*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13919066*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13919067*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13926663*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13926664*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13926665*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
13926667*      ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
               (address filed with court: BMW Financial Services,    PO Box 3608,   Dublin, OH 43016)
13926676*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
13926680*       Jefferson Regional Medical Center,    PO Box 643054,   Pittsburgh, PA 15264-3054
13926681*       Jefferson Regional Medical Center,    PO Box 643054,   Pittsburgh, PA 15264-3054
13926684*       Mini Financial Services,   PO Box 78066,   Phoenix, AZ 85062-8066
14669762*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13935571*       Santander Consumer USA,   P. O. Box 560284,   Dallas TX 75356-0284
13926691*      +Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
13926666       ##Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
                                                                                 TOTALS: 5, * 17, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB
               Lending, Inc. bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Joint Debtor Constance R. O'Connell
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Dorsey D. O'Connell chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    The Bank Of New York Mellon, et. al. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Real Time Resolutions, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Laurence A. Mester    on behalf of Creditor    BMW Bank of North America lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor    Federal National Mortgage Association et al pawb@fedphe.com
              Thomas Song    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
                                                                                             TOTAL: 16
```