**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DORSEY D. O'CONNELL |
| Debtor 2 (Spouse, if filing) | CONSTANCE R. O'CONNELL |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 14-23656GLT |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** NATIONSTAR MORTGAGE LLC(*)

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 0 0

**Property Address:** 433 BRIERLY LANE
PITTSBURGH PA 15236

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**   Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 3,641.68 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 3,641.68 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 3,641.68 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                               $    $870.30

The next postpetition payment is due on   12 / 1 / 2019
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **DORSEY D. O'CONNELL** | Case number *(if known)* | **14-23656GLT** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour                                  Date  12/04/2019
    Signature

Trustee       Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566              Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | DORSEY D. O'CONNELL | | Case number *(if known)* | 14-23656GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 11/24/2015 | 0968235 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,753.87 |
| 12/22/2015 | 0972291 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 386.48 |
| 01/26/2016 | 0976293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 386.49 |
| 02/24/2016 | 0980267 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 523.84 |
| 03/28/2016 | 0984293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 523.85 |
| 04/22/2016 | 0988544 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 67.15 |
| | | | | 3,641.68 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/24/2015 | 0939153 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 6,718.22 |
| 06/23/2015 | 0948130 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,109.36 |
| 07/28/2015 | 0952140 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,216.84 |
| 08/26/2015 | 0956219 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,169.90 |
| 09/28/2015 | 0960175 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,145.61 |
| 10/26/2015 | 0964075 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,152.51 |
| 11/24/2015 | 0968235 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 877.96 |
| 12/22/2015 | 0972291 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 01/26/2016 | 0976293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 02/24/2016 | 0980267 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 03/28/2016 | 0984293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 04/22/2016 | 0988544 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 06/27/2016 | 1001231 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,325.72 |
| 07/26/2016 | 1005195 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,184.98 |
| 08/26/2016 | 1009179 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 09/27/2016 | 1013209 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 10/26/2016 | 1017094 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 11/21/2016 | 1020470 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 12/21/2016 | 1023727 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 01/27/2017 | 1027165 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 02/24/2017 | 1030613 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 836.90 |
| 04/21/2017 | 1037375 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,673.80 |
| 06/27/2017 | 1043995 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,699.06 |
| 08/25/2017 | 1050665 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,327.56 |
| 09/26/2017 | 1053970 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,258.92 |
| 10/25/2017 | 1057342 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 11/21/2017 | 1060633 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 12/21/2017 | 1063895 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 01/25/2018 | 1067311 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 02/23/2018 | 1070529 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 03/28/2018 | 1073702 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 04/24/2018 | 1076941 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 05/25/2018 | 1080181 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 862.16 |
| 07/26/2018 | 1086522 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 916.18 |
| 08/28/2018 | 1089759 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 09/25/2018 | 1092939 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 10/29/2018 | 1096145 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 11/27/2018 | 1099346 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 12/21/2018 | 1102467 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 01/25/2019 | 1105613 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 02/25/2019 | 1108898 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 03/25/2019 | 1112153 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 04/26/2019 | 1115430 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 05/24/2019 | 1118844 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 06/25/2019 | 1122210 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 876.54 |
| 07/26/2019 | 1112153 | FEDERAL NATIONAL MORTGAGE ASSN | CANCELLED CHECK TO CREDITOR/CONT | -876.54 |
| 07/29/2019 | 1126627 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,753.08 |
| 09/24/2019 | 1133382 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,734.36 |
| 10/24/2019 | 1136733 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 870.30 |
| 11/25/2019 | 1140187 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 178.32 |
| | | | | 53,018.16 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DORSEY D. O'CONNELL
CONSTANCE R. O'CONNELL
433 BRIERLY LANE
PITTSBURGH, PA  15236

CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG
GULF TOWER STE 2830
707 GRANT ST
PITTSBURGH, PA  15219

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**
ATTN BANKRUPTCY NOTICES - LEGAL
PO BOX 619096
DALLAS, TX  75261-9741

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


12/4/19                                             /s/ Roberta Saunier
                                                    _____
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee