**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dorsey D. O'Connell |
| Debtor 2 (Spouse, if filing) | Constance R. O'Connell |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 14-23656 |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: Real Time Resolutions, Inc.

Court claim no. (if known): 15

Last 4 digits of any number you use to identify the debtor's account: 0 8 1 8

Property address: 433 Brierly Lane
Number   Street

Pittsburgh     PA     15236
City           State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02/25/2020

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____

c. **Total.** Add lines a and b.                                                  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Debtor 1  Dorsey D. O'Connell & Constance R. O'Connell    Case number (if known) 14-23656

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: X _V. a____    Date 12/24/19

Print: Veronica Gutierrez    Title Director

Company: Real Time Resolutions, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1349 Empire Central Dr., Suite 150
Dallas    TX    75247

Contact phone (888) 741-1124    Email bankruptcy@rtresolutions.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In re: | ) |
| DORSEY D. O'CONNELL | ) |
| CONSTANCE R. O'CONNELL | ) |
| | ) |
| | )    CHAPTER 13 |
| | )    CASE NO. 14-23656 |
| Debtors | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Dorsey D. O'Connell & Constance R. O'Connell
433 Brierly Lane
Pittsburgh, PA 15236

Dated 12/24/19                                     By: /s/ V. C____

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247