**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Dorsey D. and Constance R. O'Connell |
|---|---|
| CASE NO. | 14-23656 GLT |
| RELATED TO DOCUMENT NO. | # 148 Response to Notice of Final Cure Mortgage Payment (Claim # 15) |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Response to Notice of Final Cure Mortgage Payment** that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Response to Notice of Final Cure Mortgage Payment must** FOLLOW RULE 5005-6 (b) REGARDING SIGNATURES - ELECTRONICALLY FILED DOCUMENTS SHALL COMPLY WITH THE FED. R. BANKR. P. 9011...; THE DOCUMENT IS PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR.

You must file **Response to Notice of Final Cure Mortgage Payment** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Response to Notice of Final Cure Mortgage Payment that is filed in response to this Notice.**

|  |  |  |
|---|---|---|
| January 7, 2020 | By: | Lylenn Fox |
| Date |  | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23656-GLT
Dorsey D. O'Connell                                                     Chapter 13
Constance R. O'Connell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Jan 07, 2020
                              Form ID: pdf901         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
            +Veronica Gutierrez,   Real Time Resolutions, Inc.,   1349 Empire Central Dr., Suite 150,
              Dallas, TX 75247-4029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bkdepartment@rtresolutions.com Jan 08 2020 03:26:58      Real Time Resolutions, Inc,
               1349 Empire Central Dr., Ste#150,   P.O. Box 36655,   Dallas, TX   75247
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB
               Lending, Inc. bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Joint Debtor Constance R. O'Connell
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Dorsey D. O'Connell chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    The Bank Of New York Mellon, et. al. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Real Time Resolutions, Inc kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Laurence A. Mester    on behalf of Creditor    BMW Bank of North America lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert P. Wendt    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Federal National Mortgage Association et al pawb@fedphe.com
              Thomas Song    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
                                                                                                TOTAL: 16