**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Dorsey D. and Constance R. O'Connell |
|---|---|
| CASE NO. | 14-23656 GLT |
| RELATED TO DOCUMENT NO. | # 148 Response to Notice of Final Cure Mortgage Payment (Claim # 15) |

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The **Response to Notice of Final Cure Mortgage Payment** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Response to Notice of Final Cure Mortgage Payment must** FOLLOW RULE 5005-6 (b) REGARDING SIGNATURES - ELECTRONICALLY FILED DOCUMENTS SHALL COMPLY WITH THE FED. R. BANKR. P. 9011...; THE DOCUMENT IS PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR.

You must file **Response to Notice of Final Cure Mortgage Payment** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Response to Notice of Final Cure Mortgage Payment that is filed in response to this Notice.**

|  |  |  |
|---|---|---|
| January 7, 2020 | By: | Lylenn Fox |
| Date | | Deputy Clerk |

#106c-I

**Fill in this information to identify the case:**

Debtor 1    Dorsey D. O'Connell

Debtor 2    Constance R. O'Connell
(Spouse, if filing)

United States Bankruptcy Court for the:   Western   District of   Pennsylvania
                                                         (State)

Case number    14-23656

---

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Real Time Resolutions, Inc.

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 1 8

**Property address:** 433 Brierly Lane
Number    Street

Pittsburgh    PA    15236
City          State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 25 / 2020
                                                        MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.                                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
                                                      MM / DD / YYYY

---

| Debtor 1 | Dorsey D. O'Connell & Constance R. O'Connell | Case number (*if known*) 14-23656 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Judith Pasillas                                       Date 01/10/2020
Signature

Print: Judith                    Pasillas                     Title: Department Manager
       First Name    Middle Name    Last Name

Company: Real Time Resolutions, Inc.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1349    Empire Central Dr., Suite 150
         Number    Street

Dallas                          TX        75247
City                            State     ZIP Code

Contact phone ( 888 ) 741 – 1124        Email bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In re: | ) |
| DORSEY D. O'CONNELL | ) |
| CONSTANCE R. O'CONNELL | ) |
| | ) |
| | )    CHAPTER 13 |
| | )    CASE NO. 14-23656 |
| Debtors | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Christopher M. Frye**
**Steidl & Steinberg**
**Suite 2830 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219**

**Ronda J. Winnecour**
**Chapter 13 Trustee**
**Suite 3250, USX Tower**
**600 Grant Street**
**Pittsburgh, PA 15219**

**Dorsey D. O'Connell & Constance R. O'Connell**
**433 Brierly Lane**
**Pittsburgh, PA 15236**

Dated  01/10/2020

By:  /s/ Judith Pasillas

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247